# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES E. LAFFERTY & KIMBERLY F. LAFFERTY  Case Number: 05-74992
1312 KINGSLEY DRIVE
MACHESNEY PARK, IL 61115
SSN-xxx-xx-2302 & xxx-xx-6677

Case filed on: 9/21/2005
Plan Confirmed on: 12/2/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $20,721.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 19,496.62 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 19,496.62 | 0.00 |
| 000 | ATTORNEY DONALD P SULLIVAN | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| 004 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES E. LAFFERTY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 1,975.00 | 500.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS | 12,526.19 | 12,526.19 | 0.00 | 0.00 |
|  | Total Secured | 14,501.19 | 13,026.19 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 5,158.71 | 6,633.71 | 0.00 | 0.00 |
| 005 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 350.74 | 350.74 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 2,313.91 | 2,313.91 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR GAS | 269.82 | 269.82 | 0.00 | 0.00 |
| 018 | R & B RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 2,107.60 | 2,107.60 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | UCB INC | 3,445.45 | 3,445.45 | 0.00 | 0.00 |
|  | Total Unsecured | 13,646.23 | 15,121.23 | 0.00 | 0.00 |
|  | Grand Total: | 30,347.42 | 30,347.42 | 19,496.62 | 0.00 |

Total Paid Claimant: $19,496.62
Trustee Allowance: $1,224.38
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer    
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008                    By  /s/Heather M. Fagan